IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~~ D.C.

05 OCT 18 PM 3: 21

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

v.

**FRED KRATT**                                    05cr20368-B

---

## ORDER ON ARRAIGNMENT

---

This cause came to be heard on _October 18, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _P. Hamrin_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

_____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:1343 & 18:2; FRAUD BY WIRE, RADIO, OR TELEVISION

Attorney assigned to Case: S. Parker

Age: _45_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-19-05_

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in
case 2:05-CR-20368 was distributed by fax, mail, or direct printing on
October 19, 2005 to the parties listed.

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT