IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | CR. No. 2:05cr20368-B |
| FRED KRATT, | | |
| Defendants. | * | |

### ORDER GRANTING MOTION TO CONTINUE REPORT DATE

Before this Court is the motion by defendant Fred Kratt to continue the report date, filed December 6, 2005. For good cause shown, the motion is GRANTED. The report date is RESET to the February 27, 2006 report which will be set by separate notice of this Court. The time is excluded through March 17, 2006, for need for additional time to prepare.

It is so ORDERED this 6th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20368 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT